# EXHIBIT D

The Office of the Westchester County Clerk: This page is part of the instrument; the County Clerk will rely on the information provided on this page for purposes of indexing this instrument. To the best of submitter's knowledge, the information contained on this Recording and Endorsement Cover Page is consistent with the information contained in the attached document.

*572293523ASS0012*

# Westchester County Recording & Endorsement Page

## Submitter Information

| | | | |
|---|---|---|---|
| Name: | All New York Title Agency, Inc. (PICK UP BY JAMES | Phone: | 914-686-5600 |
| Address 1: | 222 Bloomingdale Road | Fax: | 914-686-1440 |
| Address 2: | Suite 306 | Email: | jrussotto@allnyt.com |
| City/State/Zip: | White Plains NY 10605 | Reference for Submitter: | 2801H* |

## Document Details

| | | | |
|---|---|---|---|
| Control Number: | 572293523 | Document Type: | Assignment (ASS) |
| Package ID: | 2017080100247001003 | Document Page Count: 4 | Total Page Count: 5 |

## Parties

☐ Additional Parties on Continuation page

| 1st PARTY | | 2nd PARTY | |
|---|---|---|---|
| 1: CBRE CAPITAL MARKETS INC | - Other | 1: FEDERAL HOME LOAN MORTGAGE CORP | - Other |
| 2: | | 2: | |

## Property

☐ Additional Properties on Continuation page

| | | | |
|---|---|---|---|
| Street Address: | 160 PALISADE AVENUE | Tax Designation: | 2.-2026-2 |
| City/Town: | YONKERS | Village: | |

## Cross-References

☐ Additional Cross-Refs on Continuation page

| 1: 550693454 | 2: 572293503 | 3: | 4: |

## Supporting Documents

| Recording Fees | | Mortgage Taxes | |
|---|---|---|---|
| Statutory Recording Fee: | $43.00 | Document Date: | |
| Page Fee: | $25.00 | Mortgage Amount: | |
| Cross-Reference Fee: | $1.00 | Basic: | $0.00 |
| Mortgage Affidavit Filing Fee: | $0.00 | Westchester: | $0.00 |
| RP-5217 Filing Fee: | $0.00 | Additional: | $0.00 |
| TP-584 Filing Fee: | $0.00 | MTA: | $0.00 |
| Total Recording Fees Paid: | $69.00 | Special: | $0.00 |
| Transfer Taxes | | Yonkers: | $0.00 |
| Consideration: | $0.00 | Total Mortgage Tax: | $0.00 |
| Transfer Tax: | $0.00 | | |
| Mansion Tax: | $0.00 | Dwelling Type: | Exempt: ☐ |
| Transfer Tax Number: | | Serial #: | |

RECORDED IN THE OFFICE OF THE WESTCHESTER COUNTY CLERK

Recorded: 08/22/2017 at 02:41 PM
Control Number: 572293523
Witness my hand and official seal

*Timothy C. Idoni*
Westchester County Clerk

### Record and Return To

☐ Pick-up at County Clerk's office

Montgomery McCraken Walker & Rhoads LLP
437 Madison Avenue, 29th Floor

New York, NY 10022
Attn: Christian Daglieri, Esq.

Page 116

Prepared by, and after recording
return to:

Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue, 29th Floor
New York, New York 10022
Attention: Christian Daglieri, Esq.

Freddie Mac Loan Number: 948836245
Property Name: 160 Palisade

## ASSIGNMENT OF CONSOLIDATED SECURITY INSTRUMENTS

### (Revised 3-1-2014)

FOR VALUABLE CONSIDERATION, **CBRE CAPITAL MARKETS, INC.**, a Delaware corporation (**"Assignor"**), having its principal place of business at 929 Gessner Road, Suite 1700, Houston, TX 77024, hereby assigns, grants, sells and transfers to the **FEDERAL HOME LOAN MORTGAGE CORPORATION**, a corporation organized and existing under the laws of the United States (**"Assignee"**), having its principal place of business at 8200 Jones Branch Drive, McLean, Virginia 22102, and Assignee's successors, transferees and assigns forever, all of the right, title and interest of Assignor in and to the following documents:

(1) Consolidation, Extension and Modification Agreement (**"Consolidation Agreement"**) dated as of August 9, 2017, entered into by 160 PALISADE REALTY PARTNERS LLC (**"Borrower"**) and Assignor to consolidate (a) Borrower's indebtedness to Assignor in the principal amount of $1,080,000.00, which indebtedness is secured by the property described in Exhibit A to this Assignment and incorporated into it by this reference; and (b) the security for such indebtedness, as evidenced by the mortgages listed on Exhibit B to this Assignment, which Consolidation Agreement is recorded, or intended to be recorded, in the land records of Westchester County, State of New York at the city register's office.

(2) Each mortgage listed on the attached Exhibit B.

Together with the Note or other obligation described in the Consolidation Agreement and all obligations secured by the mortgages listed on the attached Exhibit B now or in the future.

This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Assignment of Consolidated Security Instruments

IN WITNESS WHEREOF, Assignor has executed this Assignment as of August 9, 2017.

                **ASSIGNOR:**

                **CBRE CAPITAL MARKETS, INC.**, a Delaware corporation

                By: _Melissa Majewski_ (signature)
                Name: Melissa Majewski
                Title: Vice President

STATE OF TEXAS   )
                       ) ss.:
COUNTY OF HARRIS )

    On the 8th day of August in the year 2017 before me, the undersigned, a Notary Public in and for the State, personally appeared MELISSA MAJEWSKI personally known to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity, and that by his/her/their signature(s) on the instrument the individual, or the person on behalf of which the individual acted, executed the instrument.

                                _Alicia D. Terry_ (signature)
                                NOTARY PUBLIC

                        [Notary Seal: ALICIA D. TERRY, ID #130625153, My Commission Expires April 14, 2020, State of Texas]

## EXHIBIT A

DESCRIPTION OF THE PROPERTY

ALL that certain plot, piece or parcel of land situate, lying and being in the City of Yonkers, County of Westchester and State of New York, shown and designated on the Trustees Map of said Village, dated August, 1864 as Lot No. 160 and part of Lot Nos. 158 and 162 on Palisade Avenue, more particularly bounded and described as follows:

BEGINNING at a point on the easterly side of Palisade Avenue at a point 36.50 feet (Deed: 36 feet 6 inches) northerly from the corner formed by the intersection of the northerly line of Walsh Road formerly known as Garden Street and Pond Street, with the easterly line of Palisade Avenue;

RUNNING thence along Palisade Avenue, North 12 degrees 19' 20" East 54 feet to land formerly Sherwood, now or formerly Tirsa Allen and Tanya Allen-Turner, Co-Trustees of the Allen Family Trust (Control No. 442371599);

THENCE South 77 degrees 40' 40" East along said land formerly Sherwood, now or formerly Tirsa Allen and Tanya Allen-Turner, Co-Trustees of the Allen Family Trust (Control No. 442371599), 100 feet to land formerly Sherwood, now or formerly The Municipal Housing Authority for the City of Yonkers (Liber 6387 page 305);

THENCE South 12 degrees 19' 20" West, along said land formerly Sherwood, now or formerly The Municipal Housing Authority for the City of Yonkers (Liber 6387 page 305), 50 feet to land formerly Sherwood, now or formerly Magner (Liber 6372 page 416) at a point 24 feet 6 inches distant northerly from the northerly line of Garden Street;

THENCE North 82 degrees 20' 40" West, along said land formerly Sherwood, now or formerly Magner (Liber 6372 page 416), 49.16 feet (Deed 49 feet) to a point 28.70 feet northerly from the northerly side of Walsh Road aforesaid; and

THENCE continuing along said land formerly Sherwood, now or formerly Magner (Liber 6372 page416) North 77 degrees 40' 40" West 51 feet to the point or place of BEGINNING.

# EXHIBIT B

## LIST OF MORTGAGES ASSIGNED

A. Mortgage made by VAN-OAK REALTY CORP. to CAPITAL ONE, NATIONAL ASSOCIATION dated March 3, 2015 in the amount of $450,000.00 recorded March 30, 2015 in the Westchester County Clerk's Office, Division of Land Records at Control Number 550693454;

Which above Mortgage (A) is hereby assigned by Assignment of Mortgage made by CAPITAL ONE, NATIONAL ASSOCIATION to CBRE CAPITAL MARKETS, INC. dated August 1, 2017 to be recorded in the Westchester County Clerk's Office, Division of Land Records;

B. Gap Mortgage made by 160 PALISADE REALTY PARTNERS LLC to CBRE CAPITAL MARKETS, INC. dated August 9, 2017 in the amount of $651,889.25 to be recorded in the Westchester County Clerk's Office, Division of Land Records;

Consolidation Extension and Modification Agreement made by and between 160 PALISADE REALTY PARTNERS LLC and CBRE CAPITAL MARKETS, INC. dated August 9, 2017 to be recorded in the Westchester County Clerk's Office, Division of Land Records, which said agreement, by its terms, hereby consolidates, extends and modifies the terms of Mortgage (A) with Mortgage (B) to form a single lien in the amount of $1,080,000.00.

Assignment of Consolidated Security Instruments made by CBRE CAPITAL MARKETS, INC. to FEDERAL HOME LOAN MORTGAGE CORPORATION dated August 9, 2017 to be recorded in the Westchester County Clerk's Office, Division of Land Records.