# EXHIBIT E

ME1 9768624v.1

The Office of the Westchester County Clerk: This page is part of the instrument; the County Clerk will rely on the information provided on this page for purposes of indexing this instrument. To the best of submitter's knowledge, the information contained on this Recording and Endorsement Cover Page is consistent with the information contained in the attached document.



*573403199ASS0015*

## Westchester County Recording & Endorsement Page

### Submitter Information

| | | | |
|---|---|---|---|
| Name: | McCoy & Orta, P.C. | Phone: | (405) 236-0003 |
| Address 1: | 100 N. Broadway, Suite 2600 | Fax: | (555) 555-5555 |
| Address 2: | | Email: | tlind@mccoy-orta.com |
| City/State/Zip: | Oklahoma City OK 73102 | Reference for Submitter: | 6071090-McCoy & Orta, P.C. |

### Document Details

| | | | |
|---|---|---|---|
| Control Number: | 573403199 | Document Type: | Assignment (ASS) |
| Package ID: | 20171206001100001002 | Document Page Count: 4 | Total Page Count: 5 |

### Parties

☐ Additional Parties on Continuation page

**1st PARTY**
1: FEDERAL HOME LOAN MORTGAGE CORP  - Other
2:

**2nd PARTY**
1: US BANK NA  - Other
2:

### Property

☐ Additional Properties on Continuation page

| | | | |
|---|---|---|---|
| Street Address: | 160 PALISADE AVENUE | Tax Designation: | 2.2026-2 |
| City/Town: | YONKERS | Village: | |

### Cross-References

☐ Additional Cross-Refs on Continuation page

1: 550693454    2: 572293503    3:    4:

### Supporting Documents

### Recording Fees

| | |
|---|---|
| Statutory Recording Fee: | $43.00 |
| Page Fee: | $25.00 |
| Cross-Reference Fee: | $1.00 |
| Mortgage Affidavit Filing Fee: | $0.00 |
| RP-5217 Filing Fee: | $0.00 |
| TP-584 Filing Fee: | $0.00 |
| **Total Recording Fees Paid:** | **$69.00** |

### Mortgage Taxes

| | |
|---|---|
| Document Date: | |
| Mortgage Amount: | |
| Basic: | $0.00 |
| Westchester: | $0.00 |
| Additional: | $0.00 |
| MTA: | $0.00 |
| Special: | $0.00 |
| Yonkers: | $0.00 |
| **Total Mortgage Tax:** | **$0.00** |
| Dwelling Type: | Exempt: ☐ |
| Serial #: | |

### Transfer Taxes

| | |
|---|---|
| Consideration: | $0.00 |
| Transfer Tax: | $0.00 |
| Mansion Tax: | $0.00 |
| Transfer Tax Number: | |

### Record and Return To

☐ Pick-up at County Clerk's office

McCoy & Orta, P.C.
100 North Broadway, 26th Floor

Oklahoma City, OK 73102

---

RECORDED IN THE OFFICE OF THE WESTCHESTER COUNTY CLERK

Recorded: 12/06/2017 at 04:04 PM
Control Number: 573403199
Witness my hand and official seal

*Timothy C. Idoni*
Westchester County Clerk

This instrument was prepared by and
after recordation return to:

McCoy & Orta, P.C.
100 North Broadway, 26th Floor
Oklahoma City, OK 73102
Telephone: (888) 236-0007

Jurisdiction: Westchester County
State: New York
Loan No.: 948836245
M&O Ref.: 7442.098
Loan Name: 160 Palisade

**Tax Designation: 2.2026-2**
**Property Address: 160 Palisade Avenue, Yonkers, NY 10701**

**This assignment is not subject to the requirements of Section 275 of the Real Property Law of the State of New York because it is an assignment within the secondary mortgage market.**

ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, **FEDERAL HOME LOAN MORTGAGE CORPORATION**, whose address is 8200 Jones Branch Drive, McLean, VA 22102 ("Assignor"), conveys, assigns, transfers, and sets over unto **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES CORP., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2017-SB42**, ("Assignee"), whose address is One Federal Street, 3rd Floor, Mail Code EX-MA-FED, Boston, MA 02110 without recourse, representation or warranty, express or implied, except as set forth in that certain related Mortgage Loan Purchase Agreement, all the right, title and interest of Assignor in and to the Mortgage and other documents, if any, described in Schedule A attached hereto and incorporated herein, together with the note or notes described therein, and all other documents and instruments relating to or securing said Mortgage or note or notes described therein, encumbering, among other things, the premises described in Exhibit A attached hereto and incorporated herein and the improvements thereon.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns forever.

Dated this 16 day of November, 2017, to be effective as of the 28 day of November, 2017.

                FEDERAL HOME LOAN MORTGAGE CORPORATION,
a corporation organized and existing under the laws of the United States

By: _____
Name: Mary Ellen Slavinskas
Title: Director
        Multifamily Operations

STATE OF VIRGINIA       §
                                §
COUNTY OF FAIRFAX   §

On the 16 day of November, 2017, before me, the undersigned, a Notary Public in and for said State, personally appeared Mary Ellen Slavinskas, Director, Multifamily Operations, of Federal Home Loan Mortgage Corporation, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument, and that such individual made such appearance before the undersigned, in Fairfax County, Virginia.

WITNESS my hand and official seal.

[SEAL]                               _____
My Commission Expires:         Name of Notary Public

```
PRATIMA JAGERDEO
NOTARY PUBLIC
REG. #7526232
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JUNE 30, 2020
```

Loan No.: 948836245
M&O File No.: 7442.098
Loan Name: 160 Palisade
Pool: SB-42

## SCHEDULE A

### LIST OF MORTGAGES ASSIGNED

A. Mortgage made by VAN-OAK REALTY CORP. to CAPITAL ONE, NATIONAL ASSOCIATION dated March 3, 2015 in the amount of $450,000.00 recorded March 30, 2015 in the Westchester County Clerk's Office, Division of Land Records at Control Number 550693454;

Which above Mortgage (A) is hereby assigned by Assignment of Mortgage made by CAPITAL ONE, NATIONAL ASSOCIATION to CBRE CAPITAL MARKETS, INC. dated August 1, 2017 and recorded August 22, 2017 in Control Number 572293500;

B. Gap Mortgage made by 160 PALISADE REALTY PARTNERS LLC to CBRE CAPITAL MARKETS, INC. dated August 9, 2017 in the amount of $651,889.25 and recorded August 22, 2017 in Control Number 572293503;

Consolidation, Extension and Modification Agreement made by and between 160 PALISADE REALTY PARTNERS LLC and CBRE CAPITAL MARKETS, INC. dated August 9, 2017 and recorded August 22, 2017 in Control Number 572293511, which said agreement, by its terms, hereby consolidates, extends and modifies the terms of Mortgage (A) with Mortgage (B) to form a single lien in the amount of $1,080,000.00;

Assignment of Consolidated Security Instruments made by CBRE CAPITAL MARKETS, INC. to FEDERAL HOME LOAN MORTGAGE CORPORATION dated August 9, 2017 and recorded August 22, 2017 in Control Number 572293523.

Loan No.: 948836245
M&O File No.: 7442.098
Loan Name: 160 Palisade
Pool: SB-42

# EXHIBIT A
## LEGAL DESCRIPTION

ALL that certain plot, piece or parcel of land situate, lying and being in the City of Yonkers, County of Westchester and State of New York, shown and designated on the Trustees Map of said Village, dated August, 1864 as Lot No. 160 and part of Lot Nos. 158 and 162 on Palisade Avenue, more particularly bounded and described as follows:

BEGINNING at a point on the easterly side of Palisade Avenue at a point 36.50 feet (Deed: 36 feet 6 inches) northerly from the corner formed by the intersection of the northerly line of Walsh Road formerly known as Garden Street and Pond Street, with the easterly line of Palisade Avenue;

RUNNING thence along Palisade Avenue, North 12 degrees 19' 20" East 54 feet to land formerly Sherwood, now or formerly Tirsa Allen and Tanya Allen-Turner, Co-Trustees of the Allen Family Trust (Control No. 442371599);

THENCE South 77 degrees 40' 40" East along said land formerly Sherwood, now or formerly Tirsa Allen and Tanya Allen-Turner, Co-Trustees of the Allen Family Trust (Control No. 442371599), 100 feet to land formerly Sherwood, now or formerly The Municipal Housing Authority for the City of Yonkers (Liber 6387 page 305);

THENCE South 12 degrees 19' 20" West, along said land formerly Sherwood, now or formerly The Municipal Housing Authority for the City of Yonkers (Liber 6387 page 305), 50 feet to land formerly Sherwood, now or formerly Magner (Liber 6372 page 416) at a point 24 feet 6 inches distant northerly from the northerly line of Garden Street;

THENCE North 82 degrees 20' 40" West, along said land formerly Sherwood, now or formerly Magner (Liber 6372 page 416), 49.16 feet (Deed 49 feet) to a point 28.70 feet northerly from the northerly side of Walsh Road aforesaid; and

THENCE continuing along said land formerly Sherwood, now or formerly Magner (Liber 6372 page416) North 77 degrees 40' 40" West 51 feet to the point or place of BEGINNING.

Loan No.: 948836245
M&O File No.: 7442.098
Loan Name: 160 Palisade
Pool: SB-42